**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALLA RADA, *on behalf of herself and all others similarly situated*,

Plaintiff,

VERSANT MEDIA, LLC and E! ENTERTAINMENT TELEVISION, LLC,

Defendants.

Case No. 1:25-cv-10679-ALC

**DEFENDANTS VERSANT MEDIA, LLC AND E! ENTERTAINMENT TELEVISION, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of their Motion to Compel Arbitration dated February 26, 2026 and all prior pleadings, papers, and proceedings in this matter, Defendants Versant Media, LLC and E! Entertainment Television, LLC, by and through its undersigned counsel, moves this Court before the Honorable Andrew L. Carter Jr., United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 444, New York, NY 10007, on a date and at a time designated by the Court, for an order compelling arbitration of this action pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*

Dated: February 26, 2026

Respectfully submitted,

By: */s/ Jeffrey Landis*

Jeffrey Landis
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5203
Facsimile: (202) 706-5298
jeff@zwillgen.com

Sheri Pan
ZWILLGEN LAW LLC
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
sheri@zwillgen.com

*Counsel for Defendants Versant Media, LLC and E! Entertainment Television, LLC*