**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALLA RADA, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>VERSANT MEDIA, LLC and E! ENTERTAINMENT TELEVISION, LLC,<br><br>*Defendants*. | Case No. 1:25-cv-10679-ALC |

**DECLARATION OF SAMEER ARYA IN SUPPORT OF VERSANT MEDIA AND E! ENTERTAINMENT'S MOTION TO COMPEL ARBITRATION**

I, Sameer Arya, declare that the following facts are true and correct to the best of my information and belief pursuant to 28 U.S.C. § 1746:

1. I am employed at Versant Media, LLC ("Versant") as Senior Manager, Tech Strategy. In that role, I am familiar with the layouts of E! Entertainment Television, LLC's ("E! Entertainment") website at www.eonline.com ("Website"). Also among my duties is coordinating with the relevant teams to update Versant's Terms of Service and Privacy Policy.

2. At the request of counsel, I reviewed business records relating to the cookie banner and Terms of Service on the Website, starting in late 2025 and continuing to today.

3. From this review, I understand that starting on October 29, 2025 and continuing today, when users first access any page on the Website, they are immediately met with the cookie banner shown here:



4. The text in the cookie banner states:

> This site is now part of Versant. By continuing, you agree to our Terms. You also acknowledge that our updated Privacy Policy applies, including your existing data. For info on your data rights, click "Your Privacy Choices" or see "Your Rights" in our Privacy Policy.
>
> We and our partners also use tools on this site to provide the services, personalize your experience, and for analytics, marketing, and advertising. If you previously opted out of selling, sharing, or targeted advertising on this site, you will need to update your Privacy Choice.

5. Each phrase that is underlined and in blue font is a hyperlink that leads to the relevant section or agreement on Versant's website: "Versant" links to https://www.versantmedia.com/brands; "Terms" links to https://www.versantmedia.com/terms; "Privacy Policy" links to https://www.versantprivacy.com/privacy; and "Your Rights" links to the "Your Rights" section of the Privacy Policy, https://www.versantprivacy.com/privacy#accordionheader5.

6. When met with the cookie banner, users can click either "Continue" or "Your Privacy Choices," to modify their privacy settings. The cookie banner remains displayed unless and until the user selects one of those two options.

7. If a user clicks "Continue," they can continue to the Website. If a user clicks "Your Privacy Choices," they are taken to a screen where they are able to manage their opt-out preferences through certain toggles. After they manage those choices, they can select "Confirm My Choice" and then continue to the Website.

8. From my review, I also understand that starting September 30, 2025, Versant's Terms of Service has been the version bearing that date. Exhibit A is a true and correct copy of Versant's Terms of Service dated September 30, 2025.

9. During the time periods described above, Versant's Terms of Service was publicly

available at https://www.versantmedia.com/terms.

10. In addition, on virtually every page to which a user could navigate on the Website, there were and are hyperlinks to the Terms of Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: February 26, 2026

Signed by:
Sameer Arya
DE927DACF3F2446...
Sameer Arya