**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALLA RADA, on behalf of herself and all others similarly situated,

*Plaintiff*,

VERSANT MEDIA, LLC and E! ENTERTAINMENT TELEVISION, LLC,

*Defendants*.

Case No. 1:25-cv-10679-ALC

**SUPPLEMENTAL DECLARATION OF SAMEER ARYA IN SUPPORT OF VERSANT MEDIA AND E! ENTERTAINMENT'S MOTION TO COMPEL ARBITRATION**

I, Sameer Arya, declare that the following facts are true and correct to the best of my information and belief pursuant to 28 U.S.C. § 1746:

1. I am employed at Versant Media, LLC ("Versant") as Senior Manager, Tech Strategy. In that role, I am familiar with the layouts of E! Entertainment Television, LLC's ("E! Entertainment") website at www.eonline.com ("Website"). Also among my duties is coordinating with the relevant teams at E! Entertainment to ensure updated Versant Terms of Service and Privacy Policy are posted to and available on the Website.

2. As I discussed in my February 26, 2026 declaration, at the request of counsel, I reviewed business records relating to the cookie banner and Terms of Service on the Website, starting on October 29, 2025 and continuing to today.

3. As I also discussed in my February 26 declaration, in the regular user experience, users are met with the cookie banner and can click either "Continue" or "Your Privacy Choices." The cookie banner remains displayed unless and until the user selects one of those two options.

4. If a user clicks "Your Privacy Choices," they are taken to a screen where they are

able to manage their opt-out choice through a toggle. On that screen, users can click either "Confirm My Choice" or "X."

5. If the user selects "Confirm My Choice," they are able to continue to the Website.

6. If the user selects "X," the user is taken back to the cookie banner. The cookie banner remains displayed unless and until the user selects "Continue" or confirms their opt-out choice using the "Your Privacy Choices" process described in Paragraph 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: March 19, 2026

Signed by:
Sameer Arya
DE027DACF3F2446...

Sameer Arya